IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Moses Reaves, | ) | C/A No.: 4:11-1630-TLW-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| Eastman Chemical Company, John Doe, and Jane Doe, | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter comes before the court on parties' submission of a joint Rule 26(f) report. The report indicates that the report is submitted in part by "Plaintiff Moses Reaves through his out-of-state counsel, Mr. Van Henri White, acting as Plaintiff's agent/representative in preparing and submitting this report. Mr. Van Henri White, who served as Plaintiff's counsel in a prior action in New York involving the same alleged set of facts, represents that he has the authority from Plaintiff to agree to submission of this joint report." [Entry #36]. Mr. Van Henri White has not made a formal appearance in this action, and it does not appear that he is admitted to practice before this court.

Plaintiff is advised that he may either: (1) proceed pro se; or (2) proceed with the benefit of counsel admitted to practice before this court. Plaintiff may not be represented by an individual who has not been admitted to practice before this court. Additionally, Mr. White is advised that the representing a party in this court without being admitted to practice before this court is engaging in the unauthorized practice of law. *See* Local Civil Rules 83.I.01–83.I.06 (D.S.C.).

In light of the foregoing, the court will allow Plaintiff 30 days within which to notify the court of the identity of the his attorney(s) licensed to practice before this court or, alternatively, of his desire to proceed with this litigation without an attorney. To this end, Plaintiff shall, within 30 days from the date of this order, complete the attached notice and mail it to the clerk of court at the address indicated. If Plaintiff chooses to proceed pro se, he remains responsible for insuring that the Clerk of Court has a current accurate address.

Plaintiff is specifically advised that, if no attorney is obtained to represent his interest, the court will expect this litigation to be conducted in accordance with all provisions of the Federal Rules of Civil Procedure and Local Civil Rules. Failure to comply could have serious consequences including, but not limited to, striking a claim, defense, pleading, dismissing the action for lack of prosecution.

IT IS SO ORDERED.

November 21, 2011                              Shiva V. Hodges
Florence, South Carolina                       United States Magistrate Judge

                                            Address       _____

                                                             _____

Clerk of Court
United States District Court
Post Office Box 2317
Florence, South Carolina  29503

      ***In Re:  4:11-cv-1630-TLW-SVH Reaves v. Eastman Chemical Company, et al.***

Dear Mr. Propes:

    In response to the order of Judge Hodges dated November 21, 2011, I wish to advise as follows:

\_\_\_\_\_        1.    I have obtained an attorney licensed to practice in this court to represent me in this matter.  His [or her] name, address, and telephone number are as follows:

                              _____

                              _____

                                            OR

\_\_\_\_\_        2.    I have **NOT** obtained an attorney and will represent myself in this matter.  The clerk is directed to forward all notices and pleadings to me at the above address.  I understand that I am obligated to comply with all provisions of the Federal Rules of Civil Procedure and the Local Civil Rules and to keep the Clerk of Court informed as to my proper address. I understand that I may not be represented by an individual who is not admitted to practice in this court and that such representation could subject me to serious consequences.

                              _____ _____
                              Signature                                           Date

                              _____
                              Printed Name